```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  MAR 10 2011

            CENTRAL DISTRICT OF CALIFORNIA
            BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF(S)<br>v.<br>Orlando Rigoberto Perez-Sanchez<br>DEFENDANT(S). | CASE NUMBER<br>2:11-MJ-00495-1<br><br>**ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES**<br>**18 USC §3006A(f)** |

On ___03/09/11___ defendant ___Orlando Rigoberto Perez-Sanchez___

☑ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.

☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints ___Christine Yonan___ as counsel for the defendant

☑ until further notice.
☐ for these proceedings only.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:

☐ A total sum of $_____
    ☐ due not later than _____
    ☐ due in monthly payments of $_____ beginning _____.

☑ Monthly payments of $ __200.00__ to commence on ___April 15, 2011___
and to continue until final disposition of this case.

☑ Other __Payments are due on the 15th of each month.__

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

___03/10/11___
Dated

United States District Judge (Magistrate Judge)
JACQUELINE CHOOLJIAN

cc: *Clerk's Office, Fiscal Section*
    *CJA*
    *FPD*
    *PSA*